```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A99-0600--CV (JKS)
                  "USA V ANNETTE R. ISACHSEN"

        Including terminated parties, excluding terminated counsel
```

```
Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
  Referral Rule:
          Filed: 11/03/99
         Closed: 02/11/00

   Jurisdiction: (1) U.S. Plaintiff
  PLF Diversity:
  DEF Diversity:

 Nature of Suit: (152) Recovery of defaulted student loans
                 31:3711
         Origin: (1) Original Proceeding
         Demand: 11
     Filing fee: Waived
       Trial by:
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | Richard L. Pomeroy<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| DEF 1.1 | ISACHSEN, ANNETTE R. | No counsel found for this party! |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A99-0600--CV (JKS)
                             "USA V ANNETTE R. ISACHSEN"
```

For all filing dates

```
Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
  Referral Rule:
          Filed: 11/03/99
         Closed: 02/11/00

   Jurisdiction: (1) U.S. Plaintiff
  PLF Diversity:
  DEF Diversity:

 Nature of Suit: (152) Recovery of defaulted student loans
                 31:3711
         Origin: (1) Original Proceeding
         Demand: 11
     Filing fee: Waived
       Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 11/03/99 | Complaint w/att exhs filed; Summons issued. |
| 2 - 1 | 12/07/99 | PLF 1 Return of Service Executed re: DEF 1 on 11/30/99. |
| 3 - 1 | 01/11/00 | JKS Minute Order re: plf required to take action as to case not at issue. Plf to require an answer or apply for default w/in 20 days. cc: cnsl |
| 4 - 1 | 01/25/00 | PLF 1 Application for entry of default re: A Isachsen. |
| 5 - 1 | 01/26/00 | Clerk's Notice entering default as to DEF 1. cc: cnsl, A. Isachsen |
| 6 - 1 | 01/31/00 | PLF 1 motion for default judgment w/att aff. |
| 7 - 1 | 02/11/00 | JKS Default Judgment in favor of plf against D-1 in the principal amount of $7,207.27 with pre-judgment interest & costs & postjudgment interest; granting motion for default judgment (6-1). cc: cnsl, O&J 10819 |
| 8 - 1 | 09/05/00 | PLF 1 Application re: Writ of Execution re: DEF 1 on PFD> |
| NOTE - 1 | 09/07/00 | Issued: writ of execution re: DEF 1 on PFD. |
| 9 - 1 | 10/12/00 | USM Return on writ re: PFD partially satisfied $1571.09 ret# 00113083. |
| 10 - 1 | 11/01/00 | PLF 1 motion to release attached PFD funds. |
| 11 - 1 | 11/08/00 | JKS Order granting motion to release attached PFD funds (10-1). cc: cnsl, finance |
| NOTE - 2 | 08/09/01 | Issued: writ of execution re: DEF 1 on PFD. |
| 12 - 1 | 08/09/01 | PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| 13 - 1 | 10/19/01 | USM Return on writ, partially satisfied. |
| 14 - 1 | 10/24/01 | PLF 1 motion to release attached PFD funds |

ACMS: R_VDSDI            As of 04/12/06 at 1:59 PM by NON-NET                 Page 1

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CIVIL DOCKET ENTRIES FOR CASE A99-0600--CV (JKS)
                "USA V ANNETTE R. ISACHSEN"

                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 10/30/01 | JWS Order granting motion to release attached PFD funds (14-1).  cc: cnsl, Finance |