DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 W. 7th Avenue # 9
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:99-cv-0600-JKS |
| Plaintiff, | ) |
| vs. | ) SATISFACTION OF JUDGMENT |
| ANNETTE R. ISACHSEN, | ) |
| Defendant. | ) |

     The United States of America, by and through the United States Attorney for the District of Alaska, hereby gives notice that the above-captioned judgment entered in this District on or about February 11, 2000, against Annette R. Isachen, aka Annette Isachsen-Mullen, has been satisfied.  The Clerk of the United States District Court for the District of Alaska is hereby authorized and empowered to satisfy and cancel said judgment of record.

The Abstract of Judgment recorded in the files of the Palmer District Recorder's Office as Instrument Number 2000-002672, at Book 1056, Page 613, on February 17, 2000, is hereby released.

DATED this 12th day of April, 2006 at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Avenue # 9
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following on April 12, 2006, via:

    (X) U.S. Mail
    ( ) U.S. Mail Certified
    ( ) FAX
    ( ) Hand Delivery

Annette Isachsen-Mullen
HC 31, Box 5245A
Wasilla, AK  99654

Executed at Anchorage, Alaska, on April 12, 2006.

s/Sean M. Robinson
Office of the U.S. Attorney